# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA

### RICHMOND DIVISION

|  |  |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>       Defendants. | Case No. 3:11 CV 00079 |

## ENTRY OF APPEARANCE AND NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD

To the Clerk of the court and all parties of record:

### ENTRY OF APPEARANCE

Please enter our appearance as counsel in the case for Benjamin Mostaed.  We certify that we are admitted to practice before this Court:

>Karen J Marcus (VA Bar No. 48531)
>Shiva Sharifahmadian (VA Bar No. 75411)
>Finkelstein Thompson LLP
>1050 30th St., NW
>Washington, DC 20007
>Tel: (202) 337-8000
>Fax: (202) 337-8090
>kmarcus@finkelsteinthompson.com
>ssharif@finkelsteinthompson.com

**NOTICE OF SUBSTITUTION OF COUNSEL OF RECORD**

Benjamin Mostaed hereby notices and requests that Elizabeth K. Tripodi be

removed from the docket and service list and to substitute Karen J. Marcus and Shiva

Sharifahmadian as counsel of record on their behalf.

Dated: February 10, 2011 By: /s/ Elizabeth K. Tripodi

Elizabeth K. Tripodi, Esq. (VA Bar #73483)

FINKELSTEIN THOMPSON, LLP
Karen J Marcus (VA Bar No. 48531)
Shiva Sharifahmadian (VA Bar No. 75411)
1050 30th Street NW
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
E-mail: etripodi@finkelsteinthompson.com
kmarcus@finkelsteinthompson.com
ssharif@finkelsteinthompson.com

*Counsel for Plaintiff Benjamin Mostaed*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on this 10th day of February, 2011, the foregoing Notice was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

<u>/s/Elizabeth Kathleen Tripodi</u>

Elizabeth Kathleen Tripodi
(VA Bar # 73483)
Finkelstein Thompson LLP
1050 30th Street, N.W.
(Tel.) (202) 337-8000
(Fax) (202) 337-8090
etripodi@finkelsteinthompson.com