# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Case No. 3:11 CV 00079 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Benjamin Mostaed.

Dated: February 11, 2011    By: /s/ Shiva Sharifahmadian

Shiva Sharifahmadian (VA Bar No. 75411)
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, D.C. 20007
E-mail: ssharif@finkelsteinthompson.com
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 11th day of February, 2011, the foregoing Notice of Appearance of Counsel was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Shiva Sharifahmadian

Shiva Sharifahmadian (VA Bar No. 75411)
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, D.C. 20007
E-mail: ssharif@finkelsteinthompson.com
Telephone: (202) 337-8000
Facsimile: (202) 337-8090