# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### RICHMOND DIVISION

BENJAMIN MOSTAED, on behalf of
himself and all others similarly situated,

        Plaintiff,

   v.

JAMES B. CRAWFORD, ROBERT H.
FOGLESONG, RICHARD M. GABRYS,
ROBERT B. HOLLAND, BOBBY R.
INMAN, DAN R. MOORE, BAXTER F.
PHILLIPS, JR., STANLEY C.
SUBOLESKI, LINDA J. WELTY,
MASSEY ENERGY COMPANY, and
ALPHA NATURAL RESOURCES, INC.,

        Defendants.

Case No. 3:11 CV 00079

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record:

      I am admitted or otherwise authorized to practice in this court, and I appear in this

case as counsel for Benjamin Mostaed.

Dated: February 11, 2011        By: /s/ Karen J. Marcus

                        Karen J Marcus (VA Bar No. 48531)
                        FINKELSTEIN THOMPSON LLP
                        1050 30th Street NW
                        Washington, D.C. 20007
                        E-mail: kmarcus@finkelsteinthompson.com
                        Telephone: (202) 337-8000
                        Facsimile: (202) 337-8090

## CERTIFICATE OF SERVICE

I hereby certify that, on this 11th day of February, 2011, the foregoing Notice of Appearance of Counsel was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/ Karen J. Marcus

Karen J Marcus (VA Bar No. 48531)
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, D.C. 20007
E-mail: kmarcus@finkelsteinthompson.com
Telephone: (202) 337-8000
Facsimile: (202) 337-8090