IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

|  |  |
|---|---|
| Benjamin Mostaed, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Baxter F. Phillips, Jr., Stanley C. Suboleski, Linda J. Welty, Massey Energy Company, and Alpha Natural Resources, Inc.,<br><br>    Defendants. | No. 3:11-CV-079-REP |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Civil Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, Defendant, Alpha Natural Resources, Inc., discloses the following information. Alpha Natural Resources, Inc. is a Delaware corporation and has no parent companies. No parents, subsidiaries or affiliates of Alpha Natural Resources, Inc. have issued stock or debt securities to the public. No publicly held corporation or entity owns 10% or more of Alpha Natural Resources, Inc.'s stock.

        Respectfully submitted,

        ALPHA NATURAL RESOURCES, INC.

        By:

          /s/ Erin L. Barrett

            Robert M. Rolfe (VSB No. 15779)
            Erin L. Barrett (VSB No. 74928)
            Hunton & Williams LLP
            Riverfront Plaza, East Tower
            951 East Byrd Street
            Richmond, Virginia 23219
            804-788-8466
            rrolfe@hunton.com

        Counsel for Alpha Natural Resources, Inc.

OF COUNSEL:

Mitchell A. Lowenthal
Boaz S. Morag
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Avenue NW
Washington, DC 20006
(202) 974-1500