IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BENJAMIN MOSTAED, on behalf
of himself and others
similarly situated,

    Plaintiff,

v.                                       Civil Action No. 3:11cv79

JAMES B. CRAWFORD,
et al.,

    Defendants.

### ORDER

Having reviewed PLAINTIFF'S MOTION FOR LEAVE TO FILE OUT OF TIME THE MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF THE SAME SHAREHOLDER CLASS ACTION CLAIMS PENDING BEFORE THE DELAWARE CHANCERY COURT (Docket No. 16), it is hereby ORDERED that the motion is granted. It is further ORDERED that the plaintiff shall electronically file his opposition memorandum forthwith.

It is so ORDERED.

                                              /s/      REP
                                      Robert E. Payne
                                      Senior United States District Judge

Richmond, Virginia
Date: March 30, 2011