**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,** )<br><br>**Plaintiff,** )<br><br>**v.** )<br><br>**JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,** )<br><br>**Defendants.** ) | **Civil Action No. 3:11-CV-079-REP** |

**JOINT MOTION FOR ENTRY OF STIPULATION AND ORDER
GOVERNING THE PRODUCTION, EXCHANGE, AND FILING OF
CONFIDENTIAL MATERIAL**

Plaintiff, Benjamin Mostaed, and Defendants, by their respective counsel, hereby move the Court for entry of a Stipulation and Order Governing the Production, Exchange, and Filing of Confidential Material.

The parties contemplate that discovery in this action may involve the production or disclosure of trade secrets, competitive information, and/or confidential financial or business information. To ensure the protection of such information from public disclosure, the undersigned parties request entry of a Stipulation and Order Governing the Production, Exchange, and Filing of Confidential Material, a copy of which has been attached hereto.

WHEREFORE, the parties respectfully request that the Court grant this Motion and enter the proposed Order attached hereto.

**WE ASK FOR THIS:**

/s/ Robert M. Rolfe_____
Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com
ebarrett@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendant Alpha Natural Resources, Inc.*

/s/ Timothy J. St. George_____
Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box. 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold
Julie A. North

CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants Massey Energy
Company, James B. Crawford, Robert H.
Foglesong, Richard M. Gabrys, Robert B. Holland,
Bobby R. Inman, Dan R. Moore, Stanley C.
Suboleski, and Linda J. Welty*


/s/ Stephen E. Baril
Stephen E. Baril (VSB No. 19604)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2300
Richmond, VA 23219-2906
Telephone: (804) 783-7234
Facsimile: (804) 783-7291
SBaril@SandsAnderson.com

*Attorneys for Defendant Baxter F. Phillips, Jr.*


/s/ Shiva Sharifahmadian
Shiva Sharifahmandian, Esq. (VSB No. 75441)
FINKLESTEIN THOMPSON LLP
1050 30th Street, NW
Washington, DC 20007

Frank J. Johnson, Esq.
Shawn E. Fields, Esq.
JOHNSON BOTTINI LLP
501 West Broadway
Suite 1720
San Diego, CA 92101

Willie C. Briscoe
THE BRISCOE LAW FIRM PLLC
8117 Preston Road
Suite 300
Dallas, TX 75225

Patrick W. Powers

POWERS TAYLOR, LLP
Campbell Centre II
8150 N. Central Expressway
Suite 1575
Dallas, TX 75206

*Attorneys for Plaintiff*