IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| Benjamin Mostaed, on behalf of himself and all others similarly situated,<br>   Plaintiffs,<br> vs.<br><br>James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Baxter F. Phillips, Jr., Stanley C. Suboleski, Linda J. Welty, Massey Energy Company, and Alpha Natural Resources, Inc.,<br><br>   Defendants. | No. 3:11-CV-079-REP |

## NOTICE OF APPEARANCE

Defendant Alpha Natural Resources, Inc., by counsel, files this Notice of Appearance notifying the Court and opposing counsel that Robert M. Rolfe of the law firm of Hunton & Williams LLP will serve as counsel in this matter.

              **ALPHA NATURAL RESOURCES, INC.**

              By:   /s/ Robert M. Rolfe
                  Of Counsel

1

Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendant Alpha Natural Resources, Inc.*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, and thereby served a copy of this instrument on the following:

    Elizabeth K. Tripodi, Esq.
    Finklestein Thompson LLP
    1050 30th Street, NW
    Washington, DC 20007

    Frank J. Johnson, Esq.
    Shawn E. Fields, Esq.
    Johnson Bottini LLP
    501 West Broadway
    Suite 1720
    San Diego, CA 92101

    Willie C. Briscoe
    The Briscoe Law Firm PLLC
    8117 Preston Road
    Suite 300
    Dallas, TX 75225

    Patrick W. Powers
    Powers Taylor, LLP
    Campbell Centre II
    8150 N. Central Expressway
    Suite 1575
    Dallas, TX 75206


                      /s/ Robert M. Rolfe_____

                      Robert M. Rolfe, Counsel

66879.000016 EMF_US 35223100v1