IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| BENJAMIN MOSTAED, *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Case No. 3:11-cv-00079-REP |
| | ) | |
| JAMES B. CRAWFORD, *et al.*, | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Defendant Baxter F. Phillips, Jr., by counsel, files this Notice of Appearance notifying the Court and counsel of record that Stephen E. Baril of the law firm of Sands Anderson PC will serve as counsel for Defendant Baxter F. Phillips, Jr.

Date: April 20, 2011                             Respectfully submitted,

**BAXTER F. PHILLIPS, JR.**

By:   /s/ Stephen E. Baril
Stephen E. Baril, Esquire (VSB #19604)
Sands Anderson PC
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: sbaril@sandsanderson.com
*Attorney for Defendant Baxter F. Phillips, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which thereby caused the above to be served electronically on all registered users of the ECF system as follows:

Shiva Sharifahmadian
Finkelstein Thompson LLP
1050 30th St NW
Washington, DC 20007
Email: ssharif@finkelsteinthompson.com

Elizabeth Kathleen Tripodi
Finkelstein Thompson LLP
1050 30th St NW
Washington, DC 20007
Email: etripodi@finkelsteinthompson.com

Frank James Johnson
Johnson Bottini LLP
501 W Broadway
Suite 1720
San Diego, CA 92101
Email: frankj@johnsonbottini.com

Karen Jennifer Marcus
Finkelstein Thompson LLP
1050 30th St NW
Washington, DC 20007
Email: kmarcus@finkelsteinthompson.com

Shawn Fields
Johnson Bottini LLP
501 W Broadway
Suite 1720
San Diego, CA 92101
Email: shawnf@johnsonbottini.com

Timothy James St. George
Troutman Sanders LLP
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218-1122
Email: tim.stgeorge@troutmansanders.com

Robert Martin Rolfe
Hunton & Williams LLP
951 E Byrd St
Riverfront Plaza
Richmond, VA 23219
Email: rrolfe@hunton.com

Boaz Simon Morag
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, NY 10006
Email: bmorag@cgsh.com

Erin Laura Barrett
Hunton & Williams LLP
951 E Byrd St
Riverfront Plaza - East Tower
Richmond, VA 23219
Email: ebarrett@hunton.com

Mitchell Alan Lowenthal
Cleary Gottlieb Steen & Hamilton LLP
1 Liberty Plaza
New York, NY 10006
Email: mlowenthal@cgsh.com;

and by U.S. Mail, postage pre-paid to:

Michael Robert Lazerwitz
Cleary Gottlieb Steen & Hamilton LLP
2000 Pennsylvania Ave NW
Suite 9000
Washington, DC 20006-1801.

                                                      /s/ Stephen E. Baril
Stephen E. Baril, Esquire (VSB #19604)
Sands Anderson PC
1111 East Main Street (23219)
P. O. Box 1998
Richmond, VA 23218-1998
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
Email: sbaril@sandsanderson.com
*Attorney for Defendant Baxter F. Phillips, Jr.*