IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Civil Action No. 3:11-CV-079-REP |

## AGREED ORDER

WHEREAS on February 2, 2011, Plaintiff filed his Complaint (Docket No. 1). On April 4, 2011, Plaintiff filed an Amended Complaint (Docket No. 21). On April 11, 2011, Defendants filed their respective Answers to the initial Complaint (Docket Nos. 23, 24). The parties dispute whether the Amended Complaint was timely filed in accordance with the provisions of Fed. R. Civ. P. 15(a)(1), but such pleading could now be filed by Plaintiff as a matter of right under Fed. R. Civ. P. 15(a)(1)(B) due to the Defendants' filing of their Answers.

Hence, for good cause shown, and upon agreement of the parties, it is hereby ORDERED, ADJUDGED and DECREED that Plaintiff's Amended Complaint be and hereby is deemed filed as of the date of the entry of this Order. Defendants' responsive pleadings to the Amended Complaint shall be filed within twenty-one days from the date of the entry of this Order.


The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this ___ day of April, 2011.

IT IS SO ORDERED.

Dated: ~~April~~ May 3, 2011    /s/ REP
                                 Hon. Robert E. Payne
                                 UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**

*/s/ Robert M. Rolfe*

Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8466
Facsimile: (804) 343-4597
rrolfe@hunton.com
ebarrett@hunton.com

*Attorneys for Defendant Alpha Natural Resources, Inc.*

*/s/ Alan D. Wingfield*

Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

*Attorneys for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

*/s/ Stephen E. Baril*

Stephen E. Baril (VSB No. 19604)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2300
Richmond, VA 23219-2906
Telephone: (804) 783-7234
Facsimile: (804) 783-7291
SBaril@SandsAnderson.com

*Attorney for Defendant Baxter F. Phillips, Jr.*

*S. Sharifahmadian*

Shiva Sharifahmadian (VSB No. 75411)
Karen J Marcus (VSB No. 48531)
FINKELSTEIN THOMPSON LLP
1050 30th St NW
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
ssharif@finkelsteinthompson.com

*Attorneys for Plaintiff*