IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

BENJAMIN MOSTAED,
on behalf of himself
and all others similarly
situated,

    Plaintiff,

v.                                          Civil Action No. 3:11cv79

JAMES B. CRAWFORD,
et al.,

    Defendants.

## ORDER

It is hereby ORDERED that the Order (Docket No. 34) scheduling the Initial Pretrial Conference and the Scheduling Order (Docket No. 35) are vacated because this matter is being reassigned because of docket congestion.

It is further ORDERED that this action is reassigned to the Honorable John A. Gibney, Jr.

The Clerk is directed to send a copy of this Order to Judge Gibney.

It is so ORDERED.

                                    /s/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: May 6, 2011