# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Civil Action No.: 3:11-cv-00079-REP<br><br>**CLASS ACTION**<br><br><br>**NOTICE OF LAW FIRM NAME CHANGE** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT the law firm of Johnson Bottini, LLP has changed its name to Johnson & Weaver, LLP. The office address, and telephone and facsimile numbers remain the same; however, e-mail addresses have changed to reflect the johnsonandweaver.com domain name.

DATED: May 16, 2011

_/s/ V. Sharifahmadian_
SHIVA SHARIFAHMADIAN (VSB # 75411)

FINKELSTEIN THOMPSON LLP
DOUGLAS J. THOMPSON, JR.
RICHARD M. VOLIN
1050 30th Street, NW
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
Email: ssharif@finkelsteinthompson.com

1

*Counsel for Plaintiff*

JOHNSON & WEAVER, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 706-9314
Facsimile: (214) 706-9315

POWERS TAYLOR, LLP
PATRICK W. POWERS
Campbell Centre II
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: (214) 239-8900
Facsimile: (214) 239-8901

*Of counsel*

# CERTIFICATE OF SERVICE

I hereby certify that, on this 16th day of May, 2011, the foregoing Notice of Law Firm Name Change was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, and was also served by e-Mail on the following counsel of record:

Steven E. Baril
Sands Anderson PC
Post Office Box 1998
Richmond, VA 23218-1998
SBaril@SandsAnderson.com
Tel: (804) 783-7234

*Counsel to Defendant Baxter F. Phillips, Jr.*

Robert M. Rolfe
Hunton and Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 2319
rrolfe@hunton.com
Tel: (804) 788-8466

*Counsel to Alpha Natural Resources, Inc.*

Timothly J. St. George
Troutman Sanders
1001 Haxall Point
Richmond, VA 23219
tim.stgeorge@troutmansanders.com
Tel: (804) 697-1200

*Counsel to Defendants*
*James B. Crawford, Robert H. Foglesong,*
*Richard M. Gabrys, Robert B. Holland, Bobby R.*
*Inman, Dan R. Moore, Stanley C. Suboleski,*
*Linda J. Welty and Massey Energy Company*

Stuart Gold
Julie North
Cravath, Swaine & Moore LLP
825 Eighth Avenue
New York, NY 10119-7475
sgold@cravath.com
jnorth@cravath.com
Tel: (212) 474-1000

*Counsel for Defendant Massey Energy Company*

By: _____
Shiva Sharifahmadian (VSB # 75411)
FINKELSTEIN THOMPSON LLP
1050 30th Street NW
Washington, D.C. 20007
E-mail: ssharif@finkelsteinthompson.com
Telephone: (202) 337-8000
Facsimile: (202) 337-8090