# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF VIRGINIA

# RICHMOND DIVISION

| | |
|---|---|
| BENJAMIN MOSTAED on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Civil Action No.: 3:11-cv-00079-REP<br><br>**CLASS ACTION**<br><br>**NOTICE OF FILING OF CERTIFICATION OF BENJAMIN MOSTAED IN SUPPORT OF FIRST AMENDED COMPLAINT FOR VIOLATIONS OF §§ 14(a) AND 20(a) OF THE 1934 SECURITIES AND EXCHANGE ACT, AND FOR BREACH OF FIDUCIARY DUTY** |

Attached as Exhibit A is the Certification of Plaintiff Benjamin Mostaed pursuant to the federal securities laws in support of his First Amended Complaint.

Dated: May 23, 2011

SHIVA SHARIFAHMADIAN (VSB # 75411)
FINKELSTEIN THOMPSON LLP
1050 30th Street, NW
Washington, D.C. 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090
Email: etripodi@finkelsteinthompson.com

*Counsel for Plaintiff*

JOHNSON BOTTINI, LLP
FRANK J. JOHNSON
SHAWN E. FIELDS
501 West Broadway, Suite 1720
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

THE BRISCOE LAW FIRM, PLLC
WILLIE C. BRISCOE
8117 Preston Road, Suite 300
Dallas, TX 75225
Telephone: (214) 706-9314
Facsimile: (214) 706-9315

POWERS TAYLOR, LLP
PATRICK W. POWERS
Campbell Centre II
8150 N. Central Expressway, Suite 1575
Dallas, TX 75206
Telephone: (214) 239-8900
Facsimile: (214) 239-8901

*Of counsel*

**EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| BENJAMIN MOSTAED on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Civil Action No.: 3:11-cv-00079-REP<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF BENJAMIN MOSTAED PURSUANT TO THE FEDERAL SECURITIES LAWS** |

## CERTIFICATION OF BENJAMIN MOSTAED PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Benjamin Mostaed, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the First Amended Complaint in this action, *Mostaed v. Crawford, et al.*, Civil Action No. 3:11-cv-00079-REP, and am familiar with its contents.

2. I did not acquire the securities that are the subject of this action at the direction of counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4. Attached as **Exhibit 1** are my personal transactions or the transactions I controlled or directed in the securities of the Company.

5. I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery, except reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to law.

6. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2011

_____
**BENJAMIN MOSTAED**

**EXHIBIT 1**

Transactions in Massey Energy Company (MEE) Securities

| Name | Purchase Amount | Date |
|---|---|---|
| Benjamin Mostaed | 240 shares MEE common stock | 04/12/2010 |
| Benjamin Mostaed | 260 shares MEE common stock | 04/14/2010 |
| Benjamin Mostaed | 750 shares MEE common stock | 04/27/2010 |