**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| **BENJAMIN MOSTAED, on behalf of himself and all others similarly situated**<br><br>     **Plaintiff,**<br><br>**v.**<br><br>**JAMES B. CRAWFORD,**<br>**ROBERT H. FOGLESONG,**<br>**RICHARD M. GABRYS,**<br>**ROBERT B. HOLLAND,**<br>**BOBBY R. INMAN,**<br>**DAN R. MOORE,**<br>**BAXTER F. PHILLIPS, JR.,**<br>**STANLEY C. SUBOLESKI,**<br>**LINDA J. WELTY, MASSEY ENERGY**<br>**COMPANY, and ALPHA NATURAL**<br>**RESOURCES, INC.,**<br><br>     **Defendants.** | **Case. No. 3:11-CV-079-REP** |

**MOTION FOR A PROTECTIVE ORDER TO STAY DISCOVERY**

Defendants, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, Linda J. Welty, Baxter F. Phillips, Massey Energy Company and Alpha Natural Resources, Inc. (collectively, the "Defendants"), by counsel, hereby move for a protective order to stay discovery.  The reasons for the motion are set forth fully in the memorandum in support:

WHEREFORE, Defendants respectfully submit that a protective order should issue staying all discovery in this matter until the later of:  (1) resolution of the parallel Delaware Action; (2) appointment of a lead plaintiff in this matter pursuant to the requirements of the PSLRA; or (3) the lifting of the mandatory PSLRA stay by virtue of

resolution of all contemplated motions to dismiss in this matter.   Defendants also

respectfully request immediate entry of the attached proposed order to make clear that all

discovery, depositions and associated deadlines are stayed until at least such time as the

Court has an opportunity to consider these matters at the June 2, 2011, hearing.

**MASSEY ENERGY COMPANY, JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, STANLEY SUBOLESKI, AND LINDA J. WELTY**


By:   /s/ Timothy J. St. George
                    Of Counsel

Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold, Esq.
Julie A. North, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700


*Attorneys for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

/s/ Stephen E. Baril
Stephen E. Baril (VSB No. 19604)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2300
Richmond, VA 23219-2906
Telephone: (804) 783-7234
Facsimile: (804) 783-7291
SBaril@SandsAnderson.com

*Attorneys for Defendant Baxter F. Phillips, Jr.*


/s/ Robert M. Rolfe
Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com


Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON
LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendant Alpha Natural Resources, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May 2011, I caused a true and correct copy of the foregoing to be filed on the Electronic Case Filing System, which will send a notice of electronic filing to:

>Shiva Sharifahmandian, Esq. (VSB No. 75441)
>FINKLESTEIN THOMPSON LLP
>1050 30th Street, NW
>Washington, DC 20007
>
>Frank J. Johnson, Esq.
>Shawn E. Fields, Esq.
>JOHNSON BOTTINI LLP
>501 West Broadway
>Suite 1720
>San Diego, CA 92101
>
>*Attorneys for Plaintiff*

>/s/ Timothy J. St. George
>Timothy J. St. George (VSB No. 77349)
>TROUTMAN SANDERS LLP
>1001 Haxall Point
>P.O. Box. 1122
>Richmond, VA 23218-1122
>Telephone: (804) 697-1254
>Facsimile: (804) 698-6013
>tim.stgeorge@troutmansanders.com

2055760v1