

**Stephen E. Baril**
Attorney

Direct: (804) 783-7234
E-mail: SBaril@SandsAnderson.com

RICHMOND • MCLEAN • FREDERICKSBURG
CHRISTIANSBURG • RALEIGH
SANDS ANDERSON PC

WWW.SANDSANDERSON.COM

1111 East Main Street
Post Office Box 1998
Richmond, Virginia 23218-1998
Main: (804) 648-1636
Fax: (804) 783-7291

April 19, 2011

**HAND DELIVERY**
The Honorable Fernando Galindo, Clerk
United States District Court
Eastern District of Virginia – Richmond Division
701 East Broad Street
Richmond, Virginia 23219

      Re:    Mandel v. Crawford *et al.*
              Case No.: 3:11-cv-0120-REP

Dear Mr. Galindo:

    Enclosed please find an Agreed Order to be filed in the above-referenced matter. Please present the endorsed Order to Judge Payne for entry.

    Thank you very much for assistance in this matter. If you have any questions regarding the enclosed, please do not hesitate to contact me.

                             Sincerely yours,

                             Stephen E. Baril

SEB/dba
Enclosure

cc:    Daniel M. Cohen, Esq. (via email: w/enclosure)
       Erin L. Barrett, Esq. (via email: w/enclosure)
       Timothy J. St. George, Esq. (via email: w/enclosure)

**EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| HENRY MANDEL, on behalf of himself and all others similarly situated, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 3:11-CV-0120-REP |
| JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC., | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AGREED ORDER

CAME NOW Defendants, Alpha Natural Resources, Inc., James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Massey Energy Company, Dan R. Moore, Baxter F. Phillips, Jr., Stanley C. Suboleski, and Linda J. Welty (collectively, "Defendants") upon their Motion to Stay (Docket No. 3).

For the reasons set forth in the memorandum in support of the Motion to Stay (Docket No. 4), upon agreement of the parties, and for good cause shown, this Court finds that, under the principles set forth in *Colorado River Water Conservation District v. United States*, 424 U.S. 800 (1976), the above-styled action should be stayed pending the resolution of the first-filed proceedings in *In re Massey Energy Derivative Litigation*, No. 5430-VCS (Del. Ch.).

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that Defendants' Motion to Stay be, and hereby is, GRANTED.


RECEIVED
APR 19 2011
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this _____ day of April, 2011.

IT IS SO ORDERED.

Dated: April _____, 2011

_____
Hon. Robert E. Payne
UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**

*[signature: Erin Barrett]*

Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8466
Facsimile: (804) 343-4597
rrolfe@hunton.com
ebarrett@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 974-1500
Facsimile: (202) 974-1999

*Attorneys for Defendant Alpha Natural Resources, Inc.*

*[signature]*

Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box. 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold
Julie A. North
CRAVATH, SWAINE & MOORE LLP

825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants Massey Energy Company, James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

Stephen E. Baril (VSB No. 19604)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2300
Richmond, VA 23219-2906
Telephone: (804) 783-7234
Facsimile: (804) 783-7291
SBaril@SandsAnderson.com

*Attorney for Defendant Baxter F. Phillips, Jr.*

Daniel M Cohen (VSB No. 79836)
Robert J. Cynkar (VSB No. 23349)
CUNEO GILBERT & LADUCA LLP
106-A South Columbus Street
Alexandria, VA 22314
Telephone: 202-789-3960
Facsimile: 202-789-1813
danielc@cuneolaw.com
rcynkar@cuneolaw.com

Elton Joe Kendall
Jaime McKey
KENDALL LAW GROUP LLP
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: (214) 744-3000
Facsimile: (214) 744-3015
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

*Attorneys for Plaintiff*

2042164v1