IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD,<br>ROBERT H. FOGLESONG,<br>RICHARD M. GABRYS,<br>ROBERT B. HOLLAND,<br>BOBBY R. INMAN,<br>DAN R. MOORE,<br>BAXTER F. PHILLIPS, JR.,<br>STANLEY C. SUBOLESKI,<br>LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Case. No. 3:11-CV-079-REP |

## DECLARATION OF TIMOTHY J. ST. GEORGE, ESQ.

I, Timothy J. St. George, Esq., pursuant to 28 U.S.C. § 1746, declare and swear as follows:

1. I am over the age of 18 and competent to give this Affidavit. I am associated with the law firm of Troutman Sanders, LLP and am counsel to certain of the above Defendants in this action.

2. I submit this Affidavit in support of Defendants' Motion for Protective Order to Stay Discovery.

3. Attached as Exhibit A to the motion is a true and correct copy of the draft Agreed Order between the parties in the matter of *Mandel v. Massey*, 3:11cv120.

4. Attached as Exhibit C to the motion is a true and correct copy of the Third Amended Complaint in the matter of *In re Massey Energy Co. Derivative and Class Action Litig.*, C.A. No. 5430-VCS (Del. Ch.).

5. Attached as Exhibit D to the motion is a true and correct copy of correspondence received by Defendants from Frank Johnson, Esq.

6. I am voluntarily making this declaration of my own free will. I declare under penalty of perjury that the foregoing is true.

DATED: May 26, 2011

_____
Timothy J. St. George