IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BENJAMIN MOSTAED
on behalf of himself and all
others similarly situated,

          Plaintiff

          v.                    Civil Action No. 3:11-CV-079-JAG
                                  (Civil Action No. 3:11-CV-082-JAG)

JAMES B. CRAWFORD, *et al.*,

          Defendants.

## ORDER

This matter is before the Court on the unopposed motion filed by Plaintiff Benjamin Mostaed on February 17, 2011 to consolidate two related cases. The motion is hereby GRANTED.

Henceforth, the following actions are consolidated for all purposes, including pretrial proceedings and trial: *Mostaed v. Crawford, et al.*, 3:11-CV-079, and *Perkins v. Crawford, et al.*, 3:11-CV-082. Every pleading filed in the consolidated action, or in any separate action included herein, shall be filed and maintained under the lead case, *Mostaed v. Crawford, et al.*, 3:11-CV-079. As of the date of this Order, the current complaint in *Mostaed* (Dkt. No. 21) shall be designated the operative complaint in the consolidated action.

The operative complaint includes federal securities claims, thereby triggering the Private Securities Litigation Reform Act of 1995 ("PSLRA"). Plaintiff and Defendants have advised that on May 23, 2011, Plaintiff caused to be published a notice to members of the purported plaintiff class of the pendency of the action in accordance with 15 U.S.C. § 78u-4(a)(3).

Pursuant to the PSLRA, upon publication of this notice, any member of the purported class has sixty (60) days to move the Court for appointment as lead plaintiff. Accordingly, the Court shall STAY the case for sixty (60) days, effective as of May 23, 2011, when Plaintiff issued the notice of the pendency of the action to the purported class.

A pretrial conference in this consolidated matter is SCHEDULED for August 11, 2011 at 9:00 a.m.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

/s/
John A. Gibney, Jr.
United States District Judge

Date: June 3, 2011
Richmond, VA