IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD,<br>ROBERT H. FOGLESONG,<br>RICHARD M. GABRYS,<br>ROBERT B. HOLLAND,<br>BOBBY R. INMAN,<br>DAN R. MOORE,<br>BAXTER F. PHILLIPS, JR.,<br>STANLEY C. SUBOLESKI,<br>LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Case. No. 3:11-CV-079-REP |

## ORDER

Upon the motion of Alan D. Wingfield, Timothy J. St. George, the law firm of Troutman Sanders LLP, Stuart W. Gold, Julie A. North, and the law firm of Cravath, Swaine & Moore LLP as counsel of record on behalf of Alpha Appalachia Holdings, Inc. ("Alpha Appalachia"), formerly named Massey Energy Company, to which Alpha Appalachia consents, for leave to withdraw as counsel for Alpha Appalachia, and the substitution of Robert M. Rolfe, Erin L. Barrett, the law firm of Hunton & Williams LLP, Mitchell A. Lowenthal, Boaz S. Morag, Michael R. Lazerwitz and the law firm of Cleary Gottlieb Steen & Hamilton LLP as counsel for Alpha Appalachia, and deeming it proper to grant such motion, it is hereby ORDERED that such motion is GRANTED and further ORDERED that Robert M. Rolfe, Erin L. Barrett, the law firm

of Hunton & Williams LLP, Mitchell A. Lowenthal, Boaz S. Morag, Michael R. Lazerwitz and the law firm of Cleary Gottlieb Steen & Hamilton LLP are substituted as counsel of record for Alpha Appalachia. Alan D. Wingfield, Timothy J. St. George, the law firm of Troutman Sanders LLP, Stuart W. Gold, Julie A. North, and the law firm of Cravath, Swaine & Moore LLP shall remain as counsel for James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 20 day of June, 2011.

IT IS SO ORDERED.

Dated: June 20, 2011

/s/
John A. Gibney, Jr.
United States District Judge
Hon. John A. Gibney, Jr.
UNITED STATES DISTRICT JUDGE

**WE ASK FOR THIS:**

/s/ Erin Barrett
_____
Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendants Alpha Natural Resources, Inc. and Alpha Appalachia Holdings, Inc.*

/s/ Alan Wingfield
_____
Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box. 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

Stuart W. Gold
Julie A. North
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475

Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants James B. Crawford, Robert H. Foglesong, Richard M. Gabrys, Robert B. Holland, Bobby R. Inman, Dan R. Moore, Stanley C. Suboleski, and Linda J. Welty*

2061153v1