# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA

### RICHMOND DIVISION

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Civil Action No. 3:11-cv-00079-REP<br><br>**CLASS ACTION**<br><br>**DECLARATION OF SHAWN E. FIELDS IN SUPPORT OF PLAINTIFF BENJAMIN MOSTAED'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL** |

I, Shawn E. Fields, declare as follows:

1. I am an associate at Johnson & Weaver, LLP, and counsel for Plaintiff Benjamin Mostaed ("Plaintiff"). I have personal knowledge of the facts stated below. If called upon to do so, I could and would completely testify thereto:

2. Attached as **Exhibit A** is a true and correct copy of the notice published on *Business Wire* on May 23, 2011, by Plaintiff in this action.

3. Attached as **Exhibit B** is a true and correct copy of the certification signed by Plaintiff stating that he is willing to serve as the representative party on behalf of the Class, as well as an attachment to this certification documenting his purchase of 1,250 shares of Massey Energy Company common stock.

4. Attached as **Exhibit C** is a true and correct copy of Johnson & Weaver, LLP's resume.

5. Attached as **Exhibit D** is a true and correct copy of Finkelstein Thompson, LLP's resume.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of July, 2011, at San Diego, California.

_____
SHAWN E. FIELDS