## powers taylor

May 23, 2011 07:01 PM Eastern Daylight Time

# Johnson & Weaver, LLP Files Class Action Suit Against Massey Energy Company

NEW YORK--(BUSINESS WIRE)--The law firms of Johnson & Weaver, LLP ("Johnson & Weaver") (www.johnsonandweaver.com), The Briscoe Law Firm, PLLC, and Powers Taylor, LLP today announced that they have filed a class action in the US District Court for the Eastern District of Virginia on behalf of purchasers of Massey Energy Company ("Massey") securities, seeking to pursue remedies under the Securities and Exchange Act of 1934 (the "Act").

The complaint charges Massey, certain of its directors, and Alpha Natural Resources, Inc. ("Alpha") with violations of the Act. On January 29, 2011 Massey and Alpha jointly announced a Proposed Merger in which Massey would be acquired by Alpha for 1.025 shares of Alpha common stock and $10.00 in cash for each share of Massey common stock. The complaint alleges that defendants filed materially false and misleading proxy statements on March 17, 2011, April 12, 2011, and April 21, 2011, with the Securities and Exchange Commission ("SEC") that were intended to induce action by Massey's shareholders regarding the Proposed Merger that will substantially harm the Class. The complaint also alleges breaches of fiduciary duties by certain of Massey's directors.

Plaintiff seeks to recover damages on behalf of all purchasers of Massey securities. The plaintiff is represented by Johnson & Weaver, The Briscoe Law Firm, PLLC, and Powers Taylor, LLP, which have expertise in prosecuting investor class actions and extensive experience in actions involving financial fraud. If you wish to serve as lead plaintiff, you must move the Court no later than 60 days from today. If you wish to discuss this action, or have any questions concerning this notice or your rights or interests, please contact plaintiff's counsel, Frank J. Johnson at (619) 230-0063, or via email at rankj@johnsonandweaver.com. Any member of the putative class may move the Court to serve as lead plaintiff through counsel of their choice, or may choose to do nothing and remain an absent class member.

Johnson & Weaver, based in San Diego, is active in major litigations pending in federal and state courts throughout the United States and has taken a leading role in many important actions on behalf of defrauded investors, consumers, and companies. The Johnson & Weaver website (http://www.johnsonandweaver.com) has more information about the firm.

## Contacts

Johnson & Weaver
Frank J. Johnson, 619-230-0063
rankj@johnsonandweaver.com



BusinessWire