UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

| | |
|---|---|
| BENJAMIN MOSTAED on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>Defendants. | Civil Action No.: 3:11-cv-00079-REP<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF BENJAMIN MOSTAED PURSUANT TO THE FEDERAL SECURITIES LAWS** |

## CERTIFICATION OF BENJAMIN MOSTAED PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Benjamin Mostaed, declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. I have reviewed the First Amended Complaint in this action, *Mostaed v. Crawford, et al.*, Civil Action No. 3:11-cv-00079-REP, and am familiar with its contents.

2. I did not acquire the securities that are the subject of this action at the direction of counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. I am willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary.

4. Attached as **Exhibit 1** are my personal transactions or the transactions I controlled or directed in the securities of the Company.

5. I will not accept any payment for serving as a representative party beyond my pro-rata share of any recovery, except reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to law.

6. I have not sought to serve or served as a representative party for a class in an action under the federal securities laws within the past three years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of May, 2011

_____
**BENJAMIN MOSTAED**

**EXHIBIT 1**

**Transactions in Massey Energy Company (MEE) Securities**

| Name | Purchase Amount | Date |
|---|---|---|
| Benjamin Mostaed | 240 shares MEE common stock | 04/12/2010 |
| Benjamin Mostaed | 260 shares MEE common stock | 04/14/2010 |
| Benjamin Mostaed | 750 shares MEE common stock | 04/27/2010 |