

# FIRM RESUME
# 2011

1050 30th Street, NW · Washington, DC 20007
_____
100 Bush Street, Suite 1450 · San Francisco, CA 94104

# FINKELSTEIN THOMPSON LLP

FINKELSTEIN THOMPSON LLP ("the firm"), is an seventeen-lawyer litigation firm, with offices in Washington, D.C. and San Francisco, CA, focusing primarily on complex financial litigation involving antitrust violations, fraud and crime in the banking, securities and commodities industries, and consumer fraud.

By concentrating exclusively on litigation, rather than a generalized transactional practice, the firm avoids the conflicts of interest, both actual and philosophical, that can arise from multi-faceted representation, and is able to offer the kind of hard-hitting approach that modern financial litigation demands. Since 1993, the firm has served in a leadership position in cases that have recovered many hundreds of millions of dollars for investors and consumers.

The firm's professional staff includes not only experienced and expert lawyers but also a certified financial analyst with a financial market background. The firm draws on this in-house expertise to provide the cost-efficient and timely analysis of complex transactions needed in fast-moving litigation. In addition, because the outcome of litigation is often dependent on the strength of expert testimony, the firm has developed strong working relationships with nationally prominent outside consultants in the areas of securities, commodities, antitrust, banking, consumer fraud, marketing and economics.

## HISTORY

The firm was founded in March 1977 by Burton H. Finkelstein and Douglas G. Thompson, Jr. The firm's offices are located in Georgetown in the historic Duvall Foundry and in San Francisco in the Financial District.

## EXPERIENCE

Our named partners have over seventy years combined experience in the prosecution and defense of complex financial civil and criminal matters. Senior partner Burton H. Finkelstein is the former head of the Administrative and Criminal Trial Unit of the Securities and Exchange Commission. Douglas G. Thompson, Jr. is an alumnus of the securities litigation group of a major Washington, D.C. law firm. The other partners and associates have extensive experience in a variety of complex litigation fields. The firm has seventeen lawyers and a Chartered Financial Analyst. The firm has practiced before the Securities and Exchange Commission, Commodity Futures Trading Commission, Federal Trade Commission, Federal Communications Commission, U.S. Copyright Office, New York Stock Exchange, Chicago Board of Trade, National Association of Securities Dealers, National Futures Association, and in various state and federal trial and appellate courts across the country, in civil and criminal enforcement matters and in private damage litigation. The firm has considerable expertise and experience in defending and prosecuting complex financial class action claims.

The firm is involved in class action litigation in federal and state courts nationwide. We have developed a reputation for successful and thorough representation of class clients against many of the largest and most powerful companies in the country. As part of our efforts to serve our clients' interests in the most effective and efficient manner possible, the firm has established ongoing relationships with other class action law firms whose size, location or expertise complement our own. We have won judgments and negotiated settlements that have recovered an aggregate of over one billion dollars for class members.

## SECURITIES & COMMODITIES CLASS ACTION LITIGATION

Since its inception in 1977, the firm's securities litigation practice has extended across a wide range of shareholders' securities litigation, from accounting fraud, allegations of insider trading, proxy statement fights, and minority shareholder rights being violated, to cases alleging misstatements in prospectuses. The firm regularly litigates substantive federal issues under the Securities Act of 1933, the Securities Exchange Act of 1934, the Reform Act of 1995, tenders offers under the Williams Act, derivative suits under State and Federal law, and unfair business practices claims.

Our clients include institutional investors, pension funds, high-net worth individuals and retail investors. While few class action securities suits go to trial, substantial skill and experience is required to investigate, prepare, and litigate the underlying claims to successful resolution. The firm enjoys a national reputation for high-quality and successful recoveries for our clients.

The firm also selectively prosecutes actions pursuant to the Commodity Exchange Act regarding market manipulations involving commodity futures and options. To date, the firm has enjoyed considerable success in these matters, which are recognized as some of the most difficult causes of action to successfully pursue.

SETTLED REPRESENTATIVE SECURITIES AND COMMODITIES CLASS ACTION CASES

1. In re Merrill Lynch & Co., Inc. Research Reports Litigation, MDL 1484 (S.D.N.Y.) – Executive Committee member; Lead Counsel in six of the underlying actions; $125 million settlement achieved.

2. In re Natural Gas Commodity Litigation, No. 03cv6186 (S.D.N.Y.) – Co-Lead Counsel; over $100 million achieved in settlements.

3. PaineWebber Securities Litigation, No. 94cv8547 (S.D.N.Y) – Executive Committee member; $200 million settlement achieved.

4. Freeland v. Iridium World Communications, Ltd., No. 99cv1002 (D.D.C.) – Liaison Counsel and Executive Committee member; $47.5 million settlement achieved.

5. <u>Prudential Securities Litigation</u>, MDL 1005 (S.D.N.Y.) – Executive Committee member & Co-Chair of Settlement Committee; $150 million settlement achieved.

6. <u>Kidder Peabody Securities Litigation</u>, No. 94cv3954 (S.D.N.Y.) – Executive Committee member; $19 million settlement achieved.

7. <u>Rudolph vs. UT Starcom, et al</u>, No. 3:07-CV-04578-SI (N.D.Ca.) – The firm serves as sole Lead Counsel in a securities fraud class action against UT Starcom and certain officers in connection alleged illegal backdating of executive stock options. $9.5 million settlement achieved.

8. <u>Holly Glenn v. Polk Audio, Inc.</u>, No. 99cv4768 (Md. Cir. – Baltimore) – Co-lead Counsel; $4.8 million settlement achieved (an increase of nearly 50% of shareholder buyout value).

9. <u>Grecian v. Meade Instruments, Inc.</u>, No. 06cv908 (C.D. Cal.) – Sole Lead Counsel on behalf of shareholders claiming securities fraud violations related to alleged illegal backdating of executive stock options. Settlement achieved for $3 million and corporate governance changes.

## ANTITRUST CLASS ACTION LITIGATION

Federal and state antitrust laws are primarily concerned with protecting the economy and promoting competition between businesses by preventing (i) collusion among competitors that might result in restraints on competition in a given industry or market, and (ii) anti-competitive conduct by a particular entity who holds monopoly power in a given industry or market.

The firm is involved in several cases on behalf of individuals and businesses that have been injured by the anti-competitive behavior of other companies. These cases involve allegations such as market manipulation, monopolization, price-fixing, and predatory practices. Below is a sample of the cases in which we have been intensively involved:

SETTLED REPRESENTATIVE ANTITRUST CLASS ACTION CASES

1. <u>In re Relafen Antitrust Litigation</u>, No. 01cv12239 (D. Mass.) – Executive Committee member in federal direct purchaser case, settlement achieved - $175 million.

2. <u>Heliotrope General, Inc. v. Sumitomo Corporation, et al.</u>, Master Case No. 701679 (Cal. Super. - San Diego) – Co-Lead Counsel; settlement achieved - $100 million.

3. <u>National Metals, Inc. v. Sumitomo Corp.</u>, No. 734001 (Cal. Super. - San Diego) – Co-Lead Counsel, settlements achieved with several defendants for $81 million.

4.  In re Warfarin Sodium Antitrust Litigation, MDL 1232 (D. Del.) – Discovery Committee member and Co-lead Counsel in state case; settlement achieved in the companion national case - $44.5 million.

5.  Ryan Rodriguez v. West Publishing Corp. and Kaplan, Inc., No. CV-05-3222 R(MCx) (Cal. Central District Court) – An antitrust class action where FT LLP served as one of three law firms alleging nationwide national antitrust violations. $49 million settlement finally approved.

6.  In re Reformulated Gasoline (RFG) Antitrust and Patent Litigation, No. 05cv1671 (C.D. Cal.) – Co-Lead Counsel in a certified class action lawsuit that alleges antitrust and common law violations which resulted in increased prices for RFG for purchasers. $48 million settlement achieved.

ONGOING REPRESENTATIVE ANTITRUST CLASS ACTION CASES

1.  In Re Webkinz Antitrust Litigation, MDL 1987 (N.D. Cal.): Plaintiff retailers allege that Defendant Ganz, the manufacturer of Webkinz toys, violated federal antitrust laws and state consumer statutes by illegally tying the sale of popular Webkinz toys to the purchase of unrelated Ganz products, among other things.

2.  In re Modafinil Antitrust Litigation, MDL 1797 (E.D. Pa.):  Plaintiff purchasers allege that Defendant Cephalon entered into a conspiracy with the manufacturers of generic versions of its drug Provigil, violating federal antitrust law by delaying the launch of generics and dividing the resulting profits.

## CONSUMER CLASS ACTION LITIGATION

In federal and state courts throughout the country, the firm represents consumers who have been injured or defrauded.  Our cases involve individuals or classes of individuals who have been physically or economically damaged by the wrongdoing of others.  Some of our cases seek to obtain financial relief, medical monitoring, injunctions and revised notification for classes of plaintiffs.  Some of the cases we have brought include:

SETTLED REPRESENTATIVE SECURITY BREACH CLASS ACTION CASES

1.  In Re TJX Companies Retail Security Breach Litigation, MDL 1838 (D. Mass.) Counsel in class action lawsuit alleging statutory and common law violations that resulted in a security breach of consumers' debit and credit card information.  $200 million settlement achieved.

2.  Lockwood v. Certegy Check Serv., Inc., No. 8:07-cv-01434-SDM-TGW (M.D. Fla.) Counsel in class action lawsuit alleging common law violations that resulted in a

5

security breach of consumers' personal and financial information. Available benefits made to Settlement Class Members of over $500 million.

SETTLED REPRESENTATIVE CONSUMER CLASS ACTION CASES

1. Gael M. Carter, et al. v. Associates Financial Services Co., Inc., et al., No. 96cv4652 (Tex. Dist. – Dallas County) – The firm played a pivotal role in pursuing the claims of millions of class members in a number of suits in states across the country against The Associates n/k/a Citifinancial, alleging consumer fraud relating to home equity and personal loan terms. Settlements achieved in the state, federal and companion FTC cases totaling $240 million.

2. Cavan et al. v. Sears Roebuck & Co. and Whirlpool Corp., No. 04CH10354 (Ill. Circuit Court - Cook County) – Co-Lead counsel for consumer class action based upon the sale of Calypso® washing machines. Nationwide settlement reached and approved by the Court.

3. In re Diet Drugs Products Liability Litigation, MDL 1203 (E.D. Pa.). Co-Chair of the Non-PMC litigation group prosecuting class certification of claims not advanced by Plaintiffs' Management Committee.

ONGOING REPRESENTATIVE SECURITY BREACH CLASS ACTION CASES

1. In Re Hannaford Bros. Co. Customer Data Security Breach Litigation, MDL 1954 (D. Me.) Counsel in class action lawsuit alleging statutory and common law violations that resulted in a security breach of consumers' debit and credit card information.

2. In re Heartland Payment Systems Inc. Customer Data Security Breach Litigation, MDL 2046 (S.D. Tex.). Co-Lead Counsel in class action lawsuit alleging statutory and common law violations that resulted in a security breach of consumers' personal and financial information.

3. Gardner, et al. v. Health Net, Inc., CV-10-02140 PA (C.D. Cal.). Co-Lead Counsel in class action lawsuit alleging statutory and common law violations resulting in a security breach of consumers' personal, financial, and health information.

ONGOING REPRESENTATIVE CONSUMER CLASS ACTION CASES

1. In re Avandia Marketing, Sales Practices and Products Liability Litigation, MDL 1871 - FT serves as a member of the Plaintiffs Steering Committee and Co-Chair of the Class Action Sub-Committee. The suit alleges that SmithKline Beecham Corporation d/b/a GlaxoSmithKline used marketing schemes to deliberately conceal

and affirmatively misrepresent the significant heart attack or heart-disease related risks associated with the use of the Avandia, Avandamet and Avandaryl – medications used to treat Type II diabetes.

ONGOING REPRESENTATIVE THIRD-PARTY PAYOR CLASS ACTION CASES

1. United Benefit Fund v. GlaxoSmithKline LLC, MDL 1871 (E.D. Pa.)- the firm serves a member of the Plaintiffs' Steering Committee, Co-Chairs the Class Action Sub-Committee, and is counsel of record for a third-party payor class action alleging that GSK created, monitored and/or controlled various marketing firms, physicians and ghostwriters to promote and disseminate – through sponsored events and publications – misleading messages about safety and efficacy relating to the use of Avandia.

## **FALSE CLAIMS ACT LITIGATION**

The firm maintains an active practice under the Federal False Claims Act (also known as the "*Qui Tam*" litigation). Through representation of whistleblowers who have independent knowledge of government contract fraud, the firm seeks to secure the return of millions of dollars to federal and state treasuries. Currently, the firm has investigated and filed *qui tam* claims in connection with the student loan industry. The following are matters that have been unsealed and in litigation:

1. Batiste v. SLM Financial Corporation, No. 1:08-cv-00425-RJL (D.D.C.) – FT seeks to recover for the U.S Government, under the False Claims Act, 31 U.S.C. §§3129-3732, treble damages and civil penalties arising from Sallie Mae's alleged false statements, false claims and regulatory non-compliance while designated an Exceptional Performer by the United States Department of Education. Sallie Mae's alleged violations of the False Claims Act arise from its systemic failure to service loans and abide by forbearance regulations as required by Title IV of the Federal Higher Education Act and its receipt of U.S. subsidies to which it was not entitled by getting false claims allowed or paid through the Federal Family Educational Loan Program.

2. United States ex rel. Vigil v. Nelnet, Inc., et al., No. 8:07cv266 (D. Neb.) – FT seeks to recover for the U.S Government, under the False Claims Act, 31 U.S.C. §§3129-3732, treble damages and civil penalties arising from Nelnet's alleged false statements, false claims and regulatory non-compliance while designated an Exceptional Performer by the United States Department of Education. The suit also joins JP Morgan Chase and Citigroup as defendants alleging the regulatory non-compliance with the incentive compensation prohibition, with respect to all Federal Family Education Loan Program, Pell grants, Federal Supplemental Opportunity grants, Stafford and PLUS loan proceeds.

**BURTON H. FINKELSTEIN**
Partner

BURTON H. FINKELSTEIN has practiced securities litigation for more than forty years, first with the Securities and Exchange Commission, and then in private practice. At the SEC, he was special trial counsel and an Assistant Director of the Enforcement Division, where he was in charge of the administrative, civil and criminal litigation nationwide enforcement program. In 1970, he joined the New York firm of Phillips, Nizer, Benjamin, Krim & Ballon and was a partner in their Washington, D.C. office until 1977, when he and Mr. Thompson formed the firm now known as FINKELSTEIN THOMPSON LLP.

In private practice, Mr. Finkelstein has participated in more than twenty securities fraud trials in cities throughout the United States, representing broker-dealers, principals and securities salesmen, attorneys, accountants, publicly and privately held companies and officers and directors of such companies. He has also represented companies and individuals in SEC investigations, and has served as special counsel to public companies in conducting internal investigations.

Mr. Finkelstein earned a B.B.A. degree in accounting from City College of New York in 1959 and an L.L.B. degree from the University of Pennsylvania in 1962. After military service and a brief stint as law clerk to the General Counsel of the Federal Power Commission, he began his securities litigation career as trial counsel at the SEC's Washington Regional Office.

Mr. Finkelstein has appeared as a panelist in securities litigation and enforcement seminars for the Practicing Law Institute, New York Law Journal and the American Law Institute - American Bar Association (ALI-ABA). He was an adjunct professor of law at Georgetown University Law School from 1979 to 1998. His course was entitled "Securities and Financial Frauds - Enforcement and Litigation."

**DOUGLAS G. THOMPSON, JR.**
Partner

DOUGLAS G. THOMPSON, JR. has specialized in administrative and civil trial and appellate litigation in private practice for over twenty years. His practice has been concentrated in the areas of securities, commodities, banking, communications, and other complex business and financial transactions. Mr. Thompson has represented clients in federal court and before the Securities and Exchange Commission, the Commodity Futures Trading Commission, the Federal Trade Commission, the Federal Communications Commission, the Copyright Royalty Tribunal, and the Criminal Division of the Department of Justice. Over the past several years, Mr. Thompson has litigated securities and commodities claims in failed savings and loan cases on behalf of the RTC and FDIC. As lead counsel for the FDIC, Mr. Thompson recently won a jury verdict of more than $1 million after a lengthy trial involving commodities fraud issues.

Mr. Thompson received his A.B. and M.A. degrees in economics from Stanford University

and his J.D. degree from Stanford Law School in 1969.  He taught at the Stanford Law School in 1969-70 and clerked for Judge Ben. C. Duniway of the United States Court of Appeals, Ninth Circuit, in 1970-71.  Following his clerkship, Mr. Thompson joined the law firm of Wilmer, Cutler & Pickering, Washington, D.C., where he was a litigator in communications and securities law.  In 1977, he joined with Mr. Finkelstein in the formation of the firm now known as FINKELSTEIN THOMPSON LLP.

Mr. Thompson is a member of the bar of the District of Columbia and the State of California and of several federal district and appellate courts.

### L. KENDALL SATTERFIELD
Partner

KENDALL SATTERFIELD joined FINKELSTEIN THOMPSON LLP in 1985.  Mr. Satterfield practices in the fields of both antitrust and consumer fraud class action litigation.  Additionally, he has represented private clients and federal banking agencies in civil and administrative litigation involving securities and commodities fraud, federal banking law and accountant malpractice.  Mr. Satterfield also represents Canadian broadcasters and television production companies in matters involving cable television copyright royalties before the United States Copyright Office and has practiced before the Federal Communications Commission.

Mr. Satterfield is a 1981 graduate of Ohio Northern University where he received a Bachelor of Sciences degree with Highest Honors in Business Administration.  He then attended Emory University where he received his Juris Doctor in 1984.  He is a member of the District of Columbia and Georgia Bars.

### MILA F. BARTOS
Partner

MILA F. BARTOS has been with FINKELSTEIN THOMPSON LLP since January 1995.  Ms. Bartos practices in the fields of both antitrust litigation and consumer fraud class action cases, including adulterated and toxic products.  She is a 1990 graduate of the University of Wisconsin - Madison where she received a joint Bachelor of Arts degree in English and Communications.  Ms. Bartos then attended the American University Washington College of Law where she received her Juris Doctor in 1993.  At American University, Ms. Bartos was a co-founder of the *American University Journal of Gender and Law* and was a member of the Editorial Board.

Ms. Bartos is the author of the article, "Law Firm Collaboration Via Extranets" published in the Law Library Resource Xchange.  She is also an active member of the Chairman's Council of the Appleseed Foundation.  Ms. Bartos is a member of the Maryland and District of Columbia Bars.

## TRACY D. REZVANI
Partner

TRACY D. REZVANI joined FINKELSTEIN THOMPSON LLP in September 1996. Ms. Rezvani practices in the fields of consumer, antitrust and securities fraud litigation. She is a 1993 graduate of the University of Maryland-College Park where she received a Bachelor of Science degree in Business & Management. Ms. Rezvani then attended the George Washington University Law School where she received her Juris Doctor in May 1996. At George Washington University, Ms. Rezvani was a member editor of *The George Washington Journal of International Law & Economics*.

Ms. Rezvani is a member of the District of Columbia and Maryland Bars and is admitted to practice before the United States Supreme Court, the United States Court of Appeals for the District of Columbia Circuit, and the U.S. District Courts for the Districts of Maryland the District of Columbia and the District of Colorado. Ms. Rezvani served as an editor for the Iranian-American Bar Association's *IABA Review* from 2005 to 2007.

Publications, Presentations and Recognitions:

Ms. Rezvani writes and speaks regularly regarding consumer litigation. Her presentations include:

- The NetDiligence Cyber Risk & Privacy Liability Forum: *Data Breach Liability: An Unstable Legal Environment* (HB Litigation Conference June 7, 2010).

- Private Attorney General Actions and Beyond: Recent Court Decisions Interpreting the D.C. Consumer Protection & Procedures Act, District of Columbia Bar, Antitrust and Consumer Law Section (May 25, 2010).

- Summer 2006 Brown Bag luncheon presentation at the District of Columbia Bar, Antitrust and Consumer Law Section focused on "representative" actions brought by "private attorneys general" pursuant to the District of Columbia Consumer Protection Procedures Act.

- *Avandia - Current Litigation, Status of the MDL and Future Trials* (HB Litigation Conference March 26, 2009).

- Summer 2009 D.C. Superior Court Training Seminar on District of Columbia Consumer Protection Procedures Act.

- DC Bar Continuing Legal Education Program: *Developments in Class Action Litigation 2010*(December 9, 2010).

10

Her published works include:

- *From Marbury to Rasul: Two Centuries' Expansion on the Question of Jurisdiction*, 1 IABA Review 10 (Winter 2005).

- *The Plight of Padilla: The Impact of Supreme Court Decisions on the Future of Detainees*, 2 IABA Review 12 (Spring 2006).

- <u>*Class Counsel: Conflicts Between Duties To the Class Representative And To The Class*</u>, ABA Antitrust Compliance Bulletin, (Vol. 1, No. 4 November 2007)
- <u>*CAFA Used to Maintain a Non-Class Case in Federal Court*</u>, Class Action Fairness Act Blog, (17 October 2008 )

Ms. Rezvani practices in the Washington, D.C. office.

### RICHARD M. VOLIN
Partner

RICHARD M. VOLIN joined FINKELSTEIN THOMPSON LLP in September, 1997 and currently practices in the fields of antitrust and consumer fraud litigation. He is a 1991 graduate of the University of Michigan at Ann Arbor, where he received a Bachelor of Arts degree in English. Mr. Volin then attended the George Washington University Law School, where he received his Juris Doctor with Honors in 1996. During law school, Mr. Volin worked as an intern for the Honorable Marian Blank Horn in the United States Court of Federal Claims. Upon graduation, he served as a judicial law clerk to the Honorable Conrad N. Koch and the Honorable Betty J. Lester in the New Jersey Superior Court for Essex County.

He is a member of the Bars of Maryland, New Jersey and the District of Columbia, and is admitted to practice in the United States District Courts for the District of Columbia, the District of Maryland and the District of New Jersey.

Mr. Volin practices in the Washington, D.C. office.

### ROSEMARY M. RIVAS
Partner

ROSEMARY M. RIVAS joined FINKELSTEIN THOMPSON LLP in October 2006 and practices in the fields of antitrust, consumer fraud, and securities litigation. Before joining Finkelstein Thompson LLP, she worked at a San Francisco based law firm representing consumers in class action litigation. Ms. Rivas graduated from San Francisco State University in 1997 and received a Bachelor of Arts in Political Science. She received her Juris Doctorate from the University of California, Hastings College of Law in 2000. While in law school, Ms. Rivas served

as the Senior Note Editor for the Hastings Constitutional Law Quarterly and was honored with the American Jurisprudence Award in Wills and Trusts.

In 2009, Ms. Rivas was selected as a *Rising Star* by Law & Politics Magazine which recognizes the best lawyers 40 years old or under or in practice for ten years or less. Ms. Rivas is court-appointed interim co-lead class counsel in *In Re Facebook PPC Advertising Litigation*, Case No. C 09-03043 JF (N.D. Cal.) and also serves in a leadership capacity in a number of other complex cases, including *In Re DirecTV Early Cancellation Fee Litigation*, Case No. 09-MDL-2093 AG (C.D. Cal.).

Ms. Rivas is a member of the California bar and is admitted to practice in the Central, Eastern, Northern, and Southern U.S. District Courts of California. Ms. Rivas is also admitted to practice before the Ninth Circuit Court of Appeals. Previously, she served as a Board Member and Diversity Director of the Barristers Club of the San Francisco Bar Association.

She practices in the firm's San Francisco office.

### KAREN J. MARCUS
Partner

KAREN J. MARCUS joined FINKELSTEIN THOMPSON LLP in April 2004. Ms. Marcus practices in the fields of antitrust and consumer fraud litigation. She is a 1999 graduate of the University of Miami, where she received a Bachelor of Arts degree with honors in English. Ms. Marcus then attended The George Washington University Law School where she received her Juris Doctor, cum laude in 2002. During law school, Ms. Marcus worked as an intern for the Environmental Protection Agency in the Office of Enforcement. While in law school, Ms. Marcus worked as a research assistant for Professor Renee Lerner specializing in the areas of legal history and criminal procedure. She also participated in The George Washington University Law School Environmental Law Clinic and was Vice President of the Environmental Law Association during law school. Currently, she serves as a Board Fellow for the Sustainable Business Network of Washington.

Ms. Marcus is a member of the Virginia, Maryland (inactive) and District of Columbia bars and is admitted to practice before the Eastern District of Virginia.

Ms. Marcus practices in the Washington, D.C. office.

### DON A. RESNIKOFF
Of Counsel

DON ALLEN RESNIKOFF joined FINKELSTEIN THOMPSON LLP as Of Counsel in January, 2009. Don practices in the fields of antitrust and consumer fraud litigation. Before joining Finkelstein, Thompson, LLP, he served as Senior Assistant Attorney General with the District of Columbia's Office of the Attorney General, where he specialized in affirmative antitrust litigation.

Previously he served for more than twenty years as an antitrust litigator with the Antitrust Division, United States Department of Justice. His experience also includes private practice corporate litigation with a New York City firm, and four years as an Assistant U.S. Attorney in New Jersey. Mr. Resnikoff is active with the D.C. Bar and other lawyer groups. He is an active member of the D.C. Bar's Antitrust and Consumer Steering Committee, and is a past elected Treasurer of the D.C. Bar. He frequently organizes Bar programs on antitrust topics, and contributes articles to legal publications.

He is a graduate of Rutgers University and the NYU School of Law and a member of the Advisory Board, Loyola Consumer Law Review, Loyola University Chicago School of Law. Mr. Resnikoff is a member of the District of Columbia Bar, and admitted to practice in the U.S. District Court for the District of Columbia.

He practices in the Washington, D.C. office.

## MICHAEL G. McLELLAN
Associate

MICHAEL G. McLELLAN joined FINKELSTEIN THOMPSON LLP in May 2004. Mr. McLellan practices in the fields of securities, antitrust and consumer fraud litigation. He is a 1996 graduate of the University of South Carolina, where he received a Bachelor of Arts degree in English. Mr. McLellan also attended the University of South Carolina School of Law, where he received his Juris Doctor in 2003. During law school, Mr. McLellan served as Articles Editor for the South Carolina Law Review and was awarded membership in the Order of the Wig and Robe. Upon graduation, Mr. McLellan attended the American University Washington College of Law, where he received an LL.M. in Law and Government, magna cum laude in 2004. While pursuing his LL.M. degree, Mr. McLellan worked as an intern for the Securities and Exchange Commission in the Division of Enforcement and volunteered as a Constitutional Law teacher at Ballou Stay High School. He additionally worked as an independent researcher for the Association of Corporate Counsel.

Mr. McLellan is a member of the South Carolina and District of Columbia bars. He practices in the Washington, D.C. office.

## STAN M. DOERRER
Associate

STAN M. DOERRER joined FINKELSTEIN THOMPSON LLP in March 2006. Mr. Doerrer practices in the fields of securities, antitrust and consumer fraud litigation. He graduated cum laude from Colorado College in 1998, where he received a Bachelor of Arts degree in Economics. Mr. Doerrer worked as a management consultant for four years prior to attending the George Washington Law School where he received his Juris Doctorate degree in 2005. While in law school, Mr. Doerrer completed a legal internship with the U.S. Department of Justice Antitrust

Division and served as an Articles Editor for the *American Intellectual Property Law Association Quarterly Journal*.

Mr. Doerrer is a member of the Colorado and District of Columbia bars and practices in the Washington, D.C. office.

### ROSALEE B. CONNELL
Associate

ROSALEE CONNELL has been associated with FINKELSTEIN THOMPSON LLP since October 2006 and practices in the fields of antitrust, consumer fraud and securities litigation. Ms. Connell graduated from Columbia University in 1999, where she studied Political Science. She received her Juris Doctorate from Georgetown Law in 2004 and was recognized as a Pro Bono Pledge Honoree. While in law school, Ms. Connell participated in the Street Law Clinic and served as a student attorney with the D.C. Law Students in Court Clinical Program. Ms. Connell also completed a clerkship at the U.S. Consumer Product Safety Commission.

Ms. Connell is a member of the New Jersey and District of Columbia bars and is admitted to practice in the District of New Jersey. She practices in the Washington, D.C. office.

### MARK PUNZALAN
Associate

MARK PUNZALAN has been associated with FINKELSTEIN THOMPSON LLP since June 2007 and practices in the fields of securities, consumer, and antitrust litigation. Mr. Punzalan received his Bachelor of Arts in Political Science from the University of California, Los Angeles, and received his Juris Doctor from Santa Clara University School of Law.

Mr. Punzalan is currently the President of the Filipino Bar Association of Northern California (FBANC) and is also an active member of the Asian American Bar Association of the Greater Bay Area (AABA) and the National Asian Pacific American Bar Association (NAPABA). Mr. Punzalan also served as the Chair of the Intellectual Property and Internet Law Section for the Bar Association of San Francisco's Barristers Club from March 2008 to March 2011.

While in law school, Mr. Punzalan received a Best Brief award and CALI Excellence for the Future Award in Appellate Advocacy. He also served on the Board of Santa Clara University Law School's Honors Moot Court.

Mr. Punzalan is a member of the California Bar and is admitted to practice in the United States District Courts for the Northern, Central, and Southern Districts of California. He practices in the San Francisco office.

Publications:

- Mark Punzalan and Kevin Bovard, Web Providers and the Communications Decency Act of 1996, The Bar Association of San Francisco Bulletin, July 2009, at 8.

### EUGENE J. BENICK
Associate

EUGENE BENICK has been associated with FINKELSTEIN THOMPSON LLP since September 2008 and practices in the fields of antitrust, consumer fraud and securities litigation. He also served as a law clerk for the firm beginning in May 2007. Mr. Benick graduated summa cum laude from The Richard Stockton College of New Jersey in 2005, where he received a Bachelor of Arts degree in Political Science. He attended the American University Washington College of Law and received his Juris Doctor cum laude in 2008.

While in law school, Mr. Benick interned at the United States District Court for the District of Columbia under the Honorable Royce C. Lamberth. He also clerked for the Environmental Protection Agency's Resource Conservation and Recovery Act Division and was a Summer Associate with the American International Group (AIG).

Prior to joining FT, Mr. Benick published an article in the Washington College of Law Business Law Brief titled, The Flood After the Storm: The Hurricane Katrina Homeowners' Insurance Litigation. Mr. Benick practices in the Washington, D.C. office.

### THOMAS M. GOTTSCHLICH
Associate

THOMAS GOTTSCHLICH joined FINKELSTEIN THOMPSON in October 2009 and practices in the fields of securities, consumer fraud and antitrust. Mr. Gottschlich graduated from the American University Washington College of Law and received his Juris Doctor in May 2009. He also graduated from American University's School of International Service in 2005, where he received a Bachelor of Arts in International Studies and a minor in Spanish.

While in law school, Mr. Gottschlich was a member of the American University Law Review. He interned at the United States District Court for the District of Columbia under the Honorable Ricardo M. Urbina, and at the Montgomery County Court of Common Pleas under the Honorable Mary Katherine Huffman in Dayton, Ohio. He also interned in the Civil Division of the Department of Justice in the Federal Tort Claims Act (FTCA) Section.

Mr. Gottschlich is a member of the New York and District of Columbia bars and practices in the Washington, D.C. office.

### DANIELLE A. STOUMBOS
Associate

DANIELLE STOUMBOS joined Finkelstein Thompson LLP in January 2011 and practices in the fields of antitrust, consumer fraud and securities litigation. Prior to joining Finkelstein Thompson LLP, she worked as an associate at a Bay Area firm litigating mass torts, product liability and personal injury cases on behalf of plaintiffs.

Ms. Stoumbos received her Juris Doctorate from the University of San Francisco School of Law in 2009, magna cum laude. Ms. Stoumbos graduated cum laude from the California State University, Long Beach in 2005, where she received her Bachelor of Business Administration with a focus in Finance, Real Estate and Law.

While in law school, Ms. Stoumbos served on the Law Review Executive Board as a Comments Editor, was the Vice-President of the Business Law Association, and was a student advocate for the Investor Justice Clinic. She received numerous CALI awards for the highest grade in Civil Procedure, Securities Regulation and Community Property. In the summer of 2008, she externed for the United Sates Securities and Exchange Commission Summer Honors Program, Division of Enforcement in Washington D.C. During her third year of law school, she clerked for the Honorable A. James Robertson, II at the San Francisco Superior Court. Currently, Ms. Stoumbos is a member of the San Francisco Trial Lawyers Association, Hellenic Law Society, Queen's Bench, and Consumer Attorneys of California.

Ms. Stoumbos is a member of the California Bar, and practices in the San Francisco office.

### ROBERT O. WILSON
Associate

ROBERT WILSON has been associated with FINKELSTEIN THOMPSON LLP since March 2011 and practices in the fields of antitrust, consumer fraud, and securities litigation. Mr. Wilson graduated from James Madison University, where he received a Bachelor of Arts in English, with a minor in Theatre. He attended the George Mason University School of Law, where he received his Juris Doctor cum laude in 2008.

Prior to joining Finkelstein Thompson, Mr. Wilson served as law clerk to the Hon. David S. Schell in the Circuit Court of Fairfax County, Virginia from 2008 to 2009. He then independently practiced in the areas of civil and criminal litigation in Fairfax, Virginia from 2009 to 2011.

Mr. Wilson's published works include *Free Speech v. Trial by Jury: The Role of the Jury in the Application of the* Pickering *Test*, 18 GEORGE MASON UNIVERSITY CIVIL RIGHTS LAW JOURNAL 389 (2008); and Dura Pharmaceuticals: *Loss Causation Redefined or Merely Clarified?*, JOURNAL OF TAXATION AND REGULATION OF FINANCIAL INSTITUTIONS,

September/October 2007, at 5 (with Donald J. Enright).

September/October 2007, at 5 (with Donald J. Enright).

Mr. Wilson is a member of the Virginia Bar and practices in the Washington, D.C. office. His admission to the District of Columbia Bar is pending.

### ROBERTO G. GARCIA, CFA, AVA, CFE
Financial Analyst

ROBERTO G. GARCIA, CFA, AVA, CFE joined FINKELSTEIN THOMPSON LLP in January 1992. Mr. Garcia received his Masters in Economics from the University of Missouri in 1982. He was awarded his Chartered Financial Analyst charter in 1989. In 2004, Mr. Garcia earned the Certified Fraud Examiner certificate, and in 2011 was awarded the Accredited Valuation Analyst certification. Mr. Garcia has experience as a financial analyst, portfolio manager, securities broker, bond trader, credit analyst, debt manager, and litigation analyst. As a financial institution liquidity manager, Mr. Garcia was responsible for up to $200 million of short term investments, up to $700 million of outstanding debt, and provided assistance to the RTC and FSLIC by valuing, analyzing, or directly selling over $1 billion of assets. Mr. Garcia has constructed cash flow models for each loan of a $400 million commercial real estate loan portfolio to ensure the accurate application of internal rate of return valuation measures, developed a bank credit scoring system to protect a $100 million portfolio of Fed Funds investments, and created FHLMC securities from mortgage loans. Mr. Garcia has also analyzed the secondary market trading operations and determined the ongoing profitability of a mortgage banking subsidiary with over $6 billion in loan servicing. He also priced branch purchases totaling over $650 million in deposits, evaluated corporate acquisitions, made asset/liability strategy recommendations, and prepared bid packages for the sale of a $2 billion savings association.

While at the firm, Mr. Garcia has valued the stock of companies involved in merger negotiations, computed damages, analyzed trading strategies, constructed trial exhibits, applied hedge accounting techniques, and reviewed portfolio compositions in cases involving stocks, options, swaps, caps, futures (equity, commodity, and fixed income), conventional mortgage-backed securities, MBS derivatives, loan servicing rights, limited partnership units, fixed income instruments, mutual funds, and synthetic securities. He has developed systematic damage computation techniques for large class action lawsuits including a case that involved more than 600 different limited partnerships and over $3 billion in potential losses.

Mr. Garcia works in the Washington, D.C. office.

### NATALIE WENGROFF
Paralegal

NATALIE WENGROFF joined FINKELSTEIN THOMPSON LLP in September 2010. She received a Bachelor of Arts in History and Political Science from the University of Michigan. Prior to joining FT, she worked as an intern for the Bronx District Attorney's Office and a Circuit Court

judge in Washtenaw County, Michigan.

Ms. Wengroff works in the Washington, DC office.

### JULIA DITO
Paralegal

JULIA DITO joined FINKELSTEIN THOMPSON LLP in January 2009. She attended Skyline College and earned an associate's degree in administrative justice. Prior to joining FT, she gained over four years experience assisting attorneys and working on various paralegal projects at other firms.

Ms. Dito works in the San Francisco office.