**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC., <br><br> Defendants. | **Case. No. 3:11-CV-079-REP** |

**DEFENDANTS' STATEMENT OF POSITION WITH RESPECT TO PLAINTIFF MOSTAED'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD AND LIAISON COUNSEL**

Defendants respectfully submit this Statement of Position with respect to Plaintiff Mostaed's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Liaison Counsel (the "Appointment Motion").

On June 23, 2011, Plaintiff Benjamin Mostaed ("Mostaed") advised the Court of his decision to dismiss this case and to pursue it further solely to seek an award of attorneys' fees on the basis of results he claimed already to have achieved.[1]   On July 13, 2011, Mostaed filed his

---

[1]   Declaration of Frank J. Johnson in Supp. of Pl. Mot. for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards ¶ 48, ECF No. 60-3.

application for attorneys' fees.[2] Then, on July 22, 2011, Mostaed moved to be appointed "lead plaintiff" and for his lawyers to be appointed "lead counsel" pursuant to the Private Securities Litigation Reform Act ("PSLRA").[3]

In light of the foregoing, and to the extent the Court feels it necessary to address Mostaed's Appointment Motion, Defendants take no position on whether Mostaed should be appointed lead plaintiff or his counsel lead counsel under the PSLRA. Defendants note, however, that a determination of who serves as lead plaintiff or lead counsel has no bearing on whether the lead plaintiff would be an adequate class representative under Fed. R. Civ. P. 23(a) or whether a class is appropriately certified under Rule 23(b), which are issues not raised by the Appointment Motion.

DATED: August 5, 2011

Respectfully submitted,

/s/ Timothy J. St. George
Of Counsel

Alan D. Wingfield (VSB No. 27489)
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box. 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
alan.wingfield@troutmansanders.com
tim.stgeorge@troutmansanders.com

---

[2]     Pl. Mot. for an Award of Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards, ECF No. 60.

[3]     15 U.S.C. §§ 78u-4(a)(3)(A) and (B); §78u-4(a)(3)(B)(v); Pl. Benjamin Mostaed's Mot. for Appointment as Lead Pl. and Approval of His Selection of Lead and Liaison Counsel ("Appointment Motion"), ECF No. 62.

Stuart W. Gold
Julie A. North
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
Worldwide Plaza
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

*Attorneys for Defendants James B. Crawford, Robert H.*
*Foglesong, Richard M. Gabrys, Robert B. Holland,*
*Bobby R. Inman, Dan R. Moore, Stanley C.*
*Suboleski, and Linda J. Welty*

/s/ Stephen E. Baril_____
Stephen E. Baril (VSB No. 19604)
SANDS ANDERSON PC
1111 E. Main Street, Suite 2300
Richmond, VA 23219-2906
Telephone : (804) 783-7234
Facsimile: (804) 783-7291
SBaril@SandsAnderson.com

*Attorneys for Defendant Baxter F. Philips*

/s/ Robert M. Rolfe_____
Robert M. Rolfe (VSB No. 15779)
Erin L. Barrett (VSB No. 74928)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
(804) 788-8466
rrolfe@hunton.com

Mitchell A. Lowenthal
Boaz S. Morag
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000

Michael R. Lazerwitz
CLEARY GOTTLIEB STEEN & HAMILTON LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 974-1500

*Attorneys for Defendants Alpha Natural Resources, Inc.*
*and Alpha Appalachia Holdings, Inc.*

## CERTIFICATE OF SERVICE

I certify on this 5th day of August, 2011, I will file a copy of the Statement of Position with respect to Plaintiff Mostaed's Motion for Appointment as Lead Plaintiff and Approval of His Selection of Lead and Liaison Counsel with the Court's ECF filing system, which will send a copy of this instrument to the following attorney(s):

Elizabeth K. Tripodi, Esq.
Finklestein Thompson LLP
1050 30th Street, NW
Washington, DC 20007

Frank J. Johnson, Esq.
Shawn E. Fields, Esq.
Johnson Bottini LLP
501 West Broadway
Suite 1720
San Diego, CA 92101

Willie C. Briscoe
The Briscoe Law Firm PLLC
8117 Preston Road
Suite 300
Dallas, TX 75225

Patrick W. Powers
Powers Taylor, LLP
Campbell Centre II
8150 N. Central Expressway
Suite 1575
Dallas, TX 75206

*Counsel for Plaintiffs*

/s/ Timothy J. St. George_____
Timothy J. St. George (VSB No. 77349)
TROUTMAN SANDERS LLP
1001 Haxall Point
P.O. Box. 1122
Richmond, VA 23218-1122
Telephone: (804) 697-1254
Facsimile: (804) 698-6013
tim.stgeorge@troutmansanders.com

2075310v1