**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF VIRGINIA**

**RICHMOND DIVISION**

| | |
|---|---|
| BENJAMIN MOSTAED, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>JAMES B. CRAWFORD, ROBERT H. FOGLESONG, RICHARD M. GABRYS, ROBERT B. HOLLAND, BOBBY R. INMAN, DAN R. MOORE, BAXTER F. PHILLIPS, JR., STANLEY C. SUBOLESKI, LINDA J. WELTY, MASSEY ENERGY COMPANY, and ALPHA NATURAL RESOURCES, INC.,<br><br>   Defendants. | Civil Action No. 3:11-cv-00079-REP<br><br>**NOTICE OF ADDRESS CHANGE** |

TO: THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Johnson & Weaver, LLP's address and facsimile number have changed. The telephone number remains the same. Johnson & Weaver, LLP's contact information is as follows:

> Johnson & Weaver, LLP
> 110 West "A" Street, Suite 750
> San Diego, California 92101
> Telephone: (619) 230-0063
> Facsimile: (619) 255-1856

PLEASE TAKE FURTHER NOTICE that Finkelstein Thompson LLP's address has changed. All other contact information remains the same. Finkelstein Thompson LLP's contact information is as follows:

Finkelstein Thompson LLP
James Place
1077 30th Street NW, Suite 150
Washington, DC 20007
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Please update your records accordingly.

Dated: December 6, 2011

                                                     /s/
Robert O. Wilson (VSB# 77791)
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street NW, Suite 150
Washington, DC 20007
Email: rwilson@finkelsteinthompson.com
Telephone: (202) 337-8000
Facsimile: (202) 337-8090

Frank J. Johnson
Shawn E. Fields
JOHNSON & WEAVER, LLP
110 West A Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1586

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of December, 2011, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

/s/
Robert O. Wilson (VSB # 77791)
FINKELSTEIN THOMPSON LLP
James Place
1077 30th Street NW, Suite 150
Washington, DC 20007
E-mail: rwilson@finkelsteinthompson.com
Telephone: (202) 337-8000
Facsimile: (202) 337-8090