IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

BENJAMIN MOSTAED,
*on behalf of himself and all others similarly situated*

Civil Action No. 3:11-cv-00079-JAG

and

WILLIAM D. PERKINS,
*on behalf of himself and all others similarly situated*

Civil Action No. 3:11-cv-00082-JAG

Plaintiffs,

v.

JAMES B. CRAWFORD,
ROBERT H. FOGELSONG,
RICHARD M. GABRYS,
ROBERT B. HOLLAND,
BOBBY R. INMAN,
DAN R. MOORE,
BAXTER F. PHILLIPS, JR.,
STANLEY C. SUBOLESKI,
LINDA J. WELTY,
MASSEY ENERGY COMPANY,
ALPHA NATURAL RESOURCES, INC.,

Defendants.

## **ORDER**

THIS MATTER is before the Court on the plaintiffs' motion for attorneys' fees, expenses, and incentive awards (Dk. No. 60) and motion for appointment as lead counsel (Dk. No. 62). For the reasons explained in the accompanying Memorandum Opinion, the Court hereby DENIES both these motions.

In addition, the Court DENIES the defendants' motion to stay as moot (Dk. No. 12).

It is so ORDERED.

The Clerk is directed to send a copy of this Order to all counsel of record.

Date: <u>September 10, 2012</u>
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge